UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS HEART CENTER, INC., individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> v. <br><br> NOMAX, INC. and JOHN DOES 1-10, <br><br> Defendants. | Case No. 4:15-cv-00517-RLW <br><br> Hon. Ronnie L. White |

## VERIFIED STATEMENT OF BRIAN J. WANCA

As ordered in the Court's Memorandum and Order entered on April 23, 2015 (Doc. #21), Attorney Brain J. Wanca states as follows:

1. I will seek admission to practice before this Court and submit my application to practice before this Court pursuant to Local Rule 12.01 (C).

2. One of the requirements for admission is the submission of a current certificate of good standing from each state and each Federal Court to which an applicant is admitted.

3. I am currently admitted in two state courts and ten U.S. District Courts as follows:

    State Courts:
    Indiana state courts
    Illinois state courts

    U.S. District Courts:
    Northern and Southern Districts, IN
    Northern, Central and Southern Districts, IL
    Eastern and Western Districts, MI
    Eastern and Western Districts, WI
    Northern District, OH

4. I have submitted all of my requests for the required certificates of good standing, most of which could only be requested via U.S. Mail (and are then returned via U.S. Mail). It is

doubtful I will receive all of the certificates in time to submit my admissions application by the May 15, 2015 deadline specified in this Court's order. I will therefore be filing a motion with the Court for additional time, until June 1, 2015, in which to submit my application.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts.

Dated:  April 29, 2015

                                                    Brian J. Wanca

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on April 29, 2015, the foregoing was with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

            s/ Brian J. Wanca
            Brian J. Wanca