## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

ST. LOUIS HEART CENTER, INC., individually )
and on behalf of all others similarly situated, )
                                         )
       Plaintiff, )
                                           )
      v. )               Case No. 4:15-CV-517-RLW
                                           )
NOMAX, INC. and JOHN DOES 1-10, )
                                           )
       Defendants. )
                                           )

## **MEMORANDUM AND ORDER**

The Court is in receipt of attorney Brian J. Wanca's Verified Statement (ECF No. 25) that he will seek admission to practice before this Court filed pursuant to this Court's Order of April 23, 2015 (ECF No. 21). In his Motion for Additional Time to Submit Application to Practice Before this Court (ECF No. 26), Mr. Wanca requests additional time, until June 1, 2015, to submit his application to allow sufficient time for him to secure all required certificates of good standing. He also requests the Court grant his pending motion for admission *pro hac vice* (ECF No. 20) to permit interim admission for purposes of this case. The Court will grant Mr. Wanca until June 1, 2015 to submit his application for admission to practice before this Court but deny his request for interim admission since there is other counsel already entered in this case on behalf of the plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Brian J. Wanca's Motion for Additional Time to Submit Application to Practice Before this Court (ECF No. 26) is **GRANTED** in part and **DENIED** in part.

Case: 4:15-cv-00517-RLW   Doc. #: 27   Filed: 05/01/15   Page: 2 of 2 PageID #: 158

**IT IS FURTHER ORDERED** that Mr. Wanca's Verified Motion for Admission *Pro Hac Vice* (ECF No. 20) is **DENIED**.

Dated this 1st day of May, 2015.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

2