UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ST. LOUIS HEART CENTER, INC., )
)
    Plaintiff, )
)
v. ) Case No. 4:15CV517 RLW
)
NOMAX, INC., )
)
    Defendant. )
)

### JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Nomax, Inc.'s Motion to Dismiss for Lack of Standing (ECF No. 90) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 20th day of March, 2017.

*/s/ Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE