## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS HEART CENTER, INC., individually and on behalf of all others similarly-situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:15-cv-517 RLW |
| NOMAX, INC., and JOHN DOES 1-10, | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, St. Louis Heart Center, Inc., hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum & Order entered in this action on March 20, 2017 (Doc. 98) and the Judgment entered on March 20, 2017 (Doc. 99).

    /s/ Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022 - Residential
F:  (636) 536-6652 - Residential
E-Mail: MaxMargulis@MargulisLaw.com

*Attorney for Plaintiff*

Brian J. Wanca, #3126474IL
Ryan M. Kelly, #6257931IL
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
Facsimile:   (847) 368-1501
E-mail:  bwanca@andersonwanca.com
      rkelly@andersonwanca.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 27th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Max G. Margulis