# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-1794
_____

St. Louis Heart Center, Inc., Individually and on behalf of all others similarly-situated

Plaintiff - Appellant

v.

Nomax, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00517-RLW)
_____

**JUDGMENT**

Before COLLOTON, BENTON and ERICKSON, Circuit Judges.

     This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

     After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

                                                                             August 06, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans