# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1794

St. Louis Heart Center, Inc., Individually and on behalf of all others similarly-situated

Appellant

v.

Nomax, Inc.

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00517-RLW)
_____

**ORDER**

Appellant's motion to stay the mandate is denied.

October 10, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans